# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LEROY OLIVER RUDDUCK, | Civil No. 10-0246 (JRT/FLN) |
| Petitioner, | |
| v. | **ORDER** |
| DAN HILLERAN, | |
| Respondent. | |

Leroy Oliver Rudduck, No. 226121, 1000 Lakeshore Drive, Moose Lake, MN 55767, *pro se* petitioner.

Ronald Hocevar and Todd Zettler, **OFFICE OF THE SCOTT COUNTY ATTORNEY**, 200 Fourth Avenue West, Suite JC340, Shakopee, MN 55379, for respondent.

This matter is before the Court on petitioner's request for extension of time to respond to the Report and Recommendation. The Court finds that the petitioner has shown good cause for the requested extension. The Court will allow an extension of the due date from February 24, 2010 to March 10, 2010.

Based upon petitioner's motion, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

Petitioner's request for an extension of time to respond to the Report and Recommendation [Docket No. 8] is **GRANTED.** Petitioner's objections to the Report and Recommendation are due on March 10, 2010.


Dated: February 19, 2010  
at Minneapolis, Minnesota

                                               s/ John R. Tunheim  
                                                JOHN R. TUNHEIM  
                                             United States District Judge